

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:22CR 00035 LPR |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| SHAKALA BOOKER | ) | 18 U.S.C. §§ 924(a)(1)(A) and (a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 14, 2021, in the Eastern District of Arkansas, the defendant,

SHAKALA BOOKER,

in connection with the acquisition of a firearm, that is: a Glock, model 23 Gen 3, .40 Smith & Wesson caliber pistol, bearing serial number AFZH068, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer of firearms on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive the licensed dealer of firearms, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 2

On or about October 14, 2021, in the Eastern District of Arkansas, the defendant,

SHAKALA BOOKER,

knowingly made a false statement and representation in connection with her acquisition of a firearm, that is: a Glock, model 23 Gen 3, .40 Smith & Wesson caliber pistol, bearing serial number



AFZH068, to a federally licensed firearms dealer, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hunter's Refuge, in that the defendant SHAKALA BOOKER, represented that she was the actual buyer of the firearm, when in fact, as the defendant, SHAKALA BOOKER, then knew, she was buying the firearm for another individual.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 or 2 of this Indictment, the defendant, SHAKALA BOOKER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.   SIGNATURE PAGE ATTACHED.]